■ CITY OF ALBANY, Respondent, v. COPLIN YARAS, Appellant, et al., Defendants.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before April 24, 1961 and be ready for argument at the term to commence May 15, 1961, in which event motion denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD E. MOORE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS PABELLON MARTINEZ, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LEWIS, JR., Appellant.— [In each action] Permission to prosecute appeals as poor persons granted. Appeals may be perfected upon one typewritten copy of the records and five typewritten copies of the briefs. Motions, in all other respects, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HAROLD DAVIDSON, Appellant.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ (A) In the Matter of the Claim of WALTER DMYTRESHIN, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant. (B) In the Matter of the Claim of DOROTHY LIVERMORE, Respondent, v. PLANET CORPORATION et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent. (C) In the Matter of the Claim of HARRY TRUDEAU, Appellant, v. COLONIAL SAND AND STONE CO., INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs.

■ (A) ROBERT F. MURPHY, Respondent, v. AARON B. KLEIN, Appellant. (B) HERMAN CANTER, Appellant, v. AMERICAN CYANIMID COMPANY, Respondent.— [In each action] Motion for permission to appeal to the Court of Appeals denied, without costs.

■ WILMA BAUMAN, Respondent, v. JAY D. FISHER, Appellant. FLOYD T. BAUMAN, Respondent, v. JAY D. FISHER, Appellant.— Motion for permission to appeal to the Court of Appeals granted. Settle order on notice framing proposed questions in accordance with section 589 (subd. 4, par. [b]) of the Civil Practice Act and rule VIII of the Rules of the Appellate Division, Third Department.